IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RAMON CRAVER,** | Case No. 2:21-cv-00210 JDP (PC) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **A. HERNANDEZ,** | |
| Defendant. | |

Good cause appearing, the Defendant's request to extend time, ECF No. 13, is GRANTED. The Defendant shall serve and file a responsive pleading by June 24, 2021.

IT IS SO ORDERED.

Dated: May 31, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE